| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRCIT OF NEW YORK<br>------------------------------------------------------------------X<br>EDIXON ALEJANDRO BENITEZ RODRIGUEZ,<br>Individually and on behalf of all other similarly situated, | Civil Docket No.:<br>1:23-cv-00829-DLI-VMS<br><br>**ORDER TO SHOW**<br>**CAUSE** |

           Plaintiff,

 -against-

LATINO BITES 2 LLC, and
JOHN BEDOYA, as an individual,

           Defendants.
------------------------------------------------------------------X

  **UPON** reading the Affirmation of Nirav Y, Shah, Esq., dated September \_\_\_\_, 2023 and the exhibits annexed thereto, and upon all the prior pleadings and proceedings heretofore had herein, and good cause having be shown, it is hereby:

  **ORDERED** that Defendant John Bedoya and Latino Bites 2 LLC, show cause before this Court at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201 on the \_\_\_ day of _____, 2023 at _____: o'clock in the _____ on that day, why an Order should not be made and entered herein:

1. Permitting Nirav Y. Shah to withdraw as counsel of record for the Defendants in this action;

2. Staying this action thirty (30) days from the date of the Court's order to permit the Defendants an opportunity to retain new counsel; and

3. Granting such other, further and different relief as may appear appropriate to this Court.

  **AND IT IS FURTHER ORDERED** that service of this Order to Show Cause and the papers upon which it is based, shall be made on or before the \_\_\_\_\_ day of _____, 2023 by electronic mail and overnight delivery upon:

John Bedoya and Latino Bites 2 LLC

84-15 Northern Blvd, Queens NY 11372

and that such service shall be deemed good and sufficient service thereof with respect to the plaintiff.

**AND IT IS FURTHER ORDERED** that any answering papers shall be served on plaintiff's counsel so as to be received at least three (3) days before the date of this Order to Show Cause is returnable.

Dated: Brooklyn, New York                          **SO ORDERED**
_____, 2023

_____